IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 05 2025

JEFFREY P. COLWELL
CLERK

Civil Action No.

(To be supplied by the court)

_Kelly Partee_ ,

Plaintiff, v.

(

_Denver County Jail_ , Defendant(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
_Religious Right Violation, against specific Religions,_

(Rev. 10/01/12)
**FORM PURCHASED BY OFFENDER PARTEE 192754 FROM CDOC LEGAL SERVICES ON 1/6/2025.**

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

$ 0.00

5. Are you in imminent danger of serious physical injury?

_____ Yes ✓ No (CHECK ONE). If you answered yes, briefly explain your answer:

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 1/29/25
(Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)
**FORM PURCHASED BY OFFENDER PARTEE 192754 FROM CDOC LEGAL SERVICES ON 1/6/2025.**

## AUTHORIZATION

I, _Kelly Partee_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _Kelly Partee_

Prisoner Signature: _[signature]_

FORM PURCHASED BY OFFENDER PARTEE 192754 FROM CDOC LEGAL SERVICES ON 1/6/2025.

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: *Kelly Partee*

Signature of Authorized Prison Official: _____

Date: _____

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 12/01/2024 - 01/10/2025
Printed: 01/10/2025

Name: PARTEE, KELLY R
Number: 192754
Location: DEN-WOMENS - DWCF/CU

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/24 00:00 | Beginning Balance | | 0.00 | 0.00 | | | 0.00 | 0.00 | |
| 12/23/24 15:18 | INTAKE - CREDIT | 65.26 | 65.26 | 65.26 | MANDATORY | 26.10 | 26.10 | 39.16 | DW |
| 12/31/24 00:19 | FILING FEES-22CV00632GPG | -13.05 | 52.21 | 52.21 | | | 0.00 | 52.21 | DW |
| 12/31/24 00:19 | RESTITUTION-12CR2483 | -13.05 | 39.16 | 39.16 | | | 0.00 | 39.16 | DW |
| 12/31/24 13:24 | Canteen #18546454 Hold | | | 39.16 | CANTEEN | 38.39 | 38.39 | 0.77 | |
| 01/02/25 12:04 | POSTAGE-DEBIT | -12.06 | 27.10 | 27.10 | | | 38.39 | 0.00 | DW |
| 01/03/25 07:40 | Canteen Ord#18546454 | -38.39 | -11.29 | 0.00 | | | 0.00 | 0.00 | DW |
| 01/03/25 23:50 | JPAY CREDIT | 30.00 | 18.71 | 18.71 | MANDATORY | 12.00 | 12.00 | 6.71 | DW |
| 01/03/25 23:51 | MEDICAL EMERGENCY | -5.00 | 13.71 | 13.71 | | | 12.00 | 1.71 | DW |
| 01/06/25 10:38 | ELECTRIC RAZOR DEBIT | -1.71 | 12.00 | 12.00 | | | 12.00 | 0.00 | DW |
| 01/10/25 23:58 | Ending Balance | | 12.00 | 12.00 | | | 12.00 | 0.00 | |

**Total Deposits:** 95.26
**Total Withdrawals:** 83.26

Account Information as of 01/10/2025 8:44AM

| Status: ACTIVE | Current Balance: 12.00 | Total Money In Hold: $0.00 |
|---|---|---|
| | Total Reserved/Encumbered: $12.00 | Available Balance: $0.00 |

Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

4h
(3)o

NOTICE: This statement may not include most recent Withdrawals or Deposits.

| | |
|---|---|
| ☐County Court ☐District Court ☐Denver Juvenile Court ☐Denver Probate Court<br>☒ Denver County, Colorado<br>Court Address: 901 19th Street A105<br>Denver CO 80294<br><br>Plaintiff/Petitioner: Kelly Partee<br>v.<br>Defendant/Co-Petitioner/Respondent: Denver County Jail<br><br>Attorney or Party Without Attorney (Name and Address):<br>Kelly Partee PO BOX 392005<br>Denver CO 80239<br>Phone Number:      E-mail:<br>FAX Number:      Atty. Reg. #: | FILED<br>~~RECEIVED~~<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>FEB 05 2025<br><br>JEFFREY P. COLWELL<br>CLERK<br>▲ COURT USE ONLY ▲<br><br>Case Number:<br>01/31/1986<br><br>Division     Courtroom |

### INMATE MOTION REQUESTING TO:
### FILE WITHOUT PREPAYMENT OF FILING/SERVICE FEES PURSUANT TO §13-17.5-103, C.R.S

---

**Information to Applicant**

Any inmate who is allowed to proceed in a civil action as a poor person shall be required to pay the full amount of the filing fee and service of process fees previously paid by the Court as follows:
- ◆ The Court will require an initial partial payment if the inmate has ten dollars or more in his/her account.
- ◆ The Court will require continuous monthly payments equal to 20% of the preceding month's deposit in the inmate account until the filing fee and service of process fees are paid in full.

---

I, __Kelly Partee__ respectfully move the Court for an order to proceed without a prepayment of the following filing fees: ☐complaint ☐petition ☐answer ☐response ☐motion to modify ☐service fees ☐other: _____ as grounds that I do not have adequate funds available in my inmate account and have a meritorious claim.

---

**All items must be fully completed. Print or type neatly.**

1. **Information about the Applicant:**
   Name: __Kelly Partee__     Inmate/DOC #: __192754__
   Name of Facility: __Denver Womens Correctional Facility__
   Address: __PO BOX 392005__
   City: __Denver__  State: __CO__  Zip Code: __80239__

2. **Amount of funds currently held in Inmate Account:**
   Balance is $ __0.00__ as of __1/29/25__ (date).
   ☒ Attached is a copy of my inmate account for six-months preceding the filing of this Motion. **This copy must be certified by an appropriate official at the detention facility.**

   ☒ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.
   ☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

I swear under penalty of perjury that all information provided is true and complete.

Date: __1/29/25__      Signature of Applicant: _(signed)_

JDF 201  R04/18  INMATE MOTION REQUESTING TO FILE WITHOUT PREPAYMENT OF FILING/SERVICE FEES
FORM PURCHASED BY OFFENDER PARTEE 192754 FROM CDOC LEGAL SERVICES ON 1/6/2025.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 05 2025**

JEFFREY P. COLWELL
CLERK

Civil Action No.

Plaintiff, *Kelly Partee*

v.

Defendant,

*Denver County Jail*