IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00386-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

KELLY PARTEE,

    Plaintiff,

v.

DENVER COUNTY JAIL,

    Defendant.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Kelly Partee is an inmate at the Denver Women's Correctional Facility. On February 5, 2025, Plaintiff filed *pro se* a Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  (ECF No. 1).  Although Plaintiff's intentions are unclear, this civil action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined one or more filings is deficient as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___    is not submitted
(2)   ___    is missing affidavit
(3)   _X_    is missing **certified** copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

(4)  ____  is missing certificate showing current balance in prison account
(5)  ____  is missing required financial information
(6)  ____  is missing authorization to calculate and disburse filing fee payments
(7)  ____  is missing an original signature by the prisoner
(8)  ____  is not on proper form (must use the court's current form Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915)
(9)  ____  names in caption do not match names in caption of complaint, petition or habeas application
(10) __X__  other: <u>Filing of the § 1915 motion and affidavit is only necessary if filing fees totaling $405.00 are not paid in advance.</u>

**Complaint, Petition or Application**:
(11) __X__  is not submitted: Plaintiff must use current court-approved form Prisoner Complaint.
(12) ____  is not on proper form
(13) ____  is missing an original signature by the prisoner
(14) ____  is missing page nos. ____
(15) ____  uses et al. instead of listing all parties in caption
(16) ____  names in caption do not match names in text
(17) ____  addresses must be provided for all parties
(18) ____  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain and use the following court-approved forms to cure the deficiencies:  (1) Prisoner Complaint; and (2) Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  The forms and applicable instructions are available on the Court's website at www.cod.uscourts.gov.  The forms must be completed in full.  It is

FURTHER ORDERED that, if Plaintiff fails to cure all designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 11, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge